McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **NEWMONT USA LIMITED**, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES,** a foreign Corporation; **INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH**, a foreign Corporation; and **DOES 1 to 10**, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00575-HDM-WGC<br><br>**ORDER GRANTING MOTION FOR ISSUANCE OF LETTER ROGATORY (CYPRUS)** |

The Court, having reviewed the Motion for Issuance of Letter Rogatory filed by Plaintiff, Newmont USA Limited, a Delaware Corporation ("Newmont"),

IT IS SO ORDERED that:

1. The Federal District Court – District of Nevada respectfully requests the assistance of the Cyprus Central Authority in serving Defendants, a foreign corporation in Cyprus.

2. The service addresses have been provided in Exhibit 1 of the Motion, Form USM-94.

3. Plaintiff has filed a claim in the above captioned matter including, for a breach of contract and associated claims dealing with defectively constructed pipes used in mining operations, produced by Defendants in their international Cyprus facilities. Plaintiff seeks judgment including, but not limited to, all damages as allowed by law.

4. It is necessary for the purposes of justice and for the due determination of the matters in dispute between the parties that the Cyprus Central Authority cause the following Defendants to be served with the Summons and Complaint. It has been represented to this Court that Defendant can presently be served at the following address:

Imatech Systems Cyprus Pyt Ltd.  dba Armorpipe Technologies
Warwick J. Rule, Chairman
61-63 Lordou Vyronos, U
Lumiere Building, Flat 601-602
6023, Larnaca, Cyprus

5. The Federal District Court – District of Nevada respectfully requests the Cyprus Central Authority arrange for service of the Summons and Complaint by leaving with Warwick J. Rule, Chairman, or another individual authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Cyprus.

6. This Court further requests that, after service has been made, you cause the person who serves the documents upon Warwick J. Rule, Chairman. to execute a formal Certificate of Service, as required by Cyprus law for service in its courts, and return it together with a copy of the documents served to this Court at the address below.

///
///
///
///
///
///
///
///

7. Plaintiff's counsel stands ready to reimburse the Cyprus Central Authority for all expenses incurred in executing this request for judicial assistance.

**ORDER**

IT IS SO ORDERED:

*/s/ William G. Cobb*
UNITED STATES MAGISTRATE JUDGE
DATED: January 14, 2019