Matthew Addison, Esq. (NSBN 4201)
Sylvia Harrison, Esq. (NSBN 4106)
Sarah Ferguson, Esq. (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com
sharrison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **NEWMONT USA LIMITED**, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES,** a foreign Corporation; **INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH**, a foreign Corporation; and **DOES 1 to 10**, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00575-HDM-WGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>(First Request) |

COME NOW, Plaintiff Newmont USA Limited, a Delaware Corporation ("Newmont"), and Defendant International Materials & Technology PTY Limit dba Imatech, by and through their undersigned counsel, and hereby stipulate to an extension of time wherein Plaintiff may file an Opposition to Defendant's Motion to Dismiss [ECF 13] up to and including Wednesday, June 19, 2019.

Plaintiff states that in March of this year, Barrick Gold Corporation ("Barrick") and Newmont made the decision to combine their Nevada gold mining properties into a single new joint venture, with operational responsibility to be transferred to Barrick. Plaintiff also states the logistics of formalizing this joint venture will claim substantially all of Newmont's management

personnel resources, likely until sometime in late May, substantially limiting Newmont's ability to gather the facts necessary to refute this motion. Plaintiff further states, as this Court is aware, in responding to a motion to dismiss for lack of personal jurisdiction, it is Newmont's burden to show that jurisdiction is proper.

Newmont has thus requested and Defendant has consented to a two-month extension for Newmont to oppose the motion. The extension of time request is made by Plaintiff in good faith and not for purposes of unfair/undue delay.

RESPECTFULLY SUBMITTED this 18th day of April, 2019.

| McDONALD CARANO LLP | SANTORO WHITMIRE |
|---|---|
| */s/ Matthew Addison* <br> Matthew Addison, Esq. (NSBN 4201) <br> Sylvia Harrison, Esq. (NSBN 4106) <br> Sarah Ferguson, Esq. (NSBN 14515) <br> 100 West Liberty Street. 10th Floor <br> Reno, NV 89501 <br> Telephone: (775) 788-2000 <br> Facsimile: (775) 788-2020 <br> maddison@mcdonaldcarano.com <br> sharrison@mcdonaldcarano.com <br> sferguson@mcdonaldcarano.com <br> *Attorneys for Plaintiff* | */s/ James E. Whitmire* <br> James E. Whitmire, Esq. (NSBN 6533) <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Telephone: (702) 948-8771 <br> Facsimile: (702) 948-8773 <br> jwhitmire@santoronevada.com <br> *Attorneys for Defendant International Materials & Technology PTY Limited dba Imatech* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 18, 2019