Matthew Addison, Esq. (NSBN 4201)
Sylvia Harrison, Esq. (NSBN 4106)
Sarah Ferguson, Esq. (NSBN 14515)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com
sharrison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **NEWMONT USA LIMITED**, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES**, a foreign Corporation; **INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH**, a foreign Corporation; and **DOES 1 to 10**, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00575-HDM-WGC<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER PENDING MOTION TO DISMISS**<br><br>(First Request) |

Pursuant to LR IA 6-1, Plaintiff, Newmont USA Limited, a Delaware Corporation ("Newmont") and Imatech Materials & Technology Limited dba Imatech hereby move this Court for an order enlarging the time to file a discovery plan/scheduling order, and in support thereof, states as follows:

1. On April 5, 2019, Defendant Imatech filed a motion to dismiss for lack of jurisdiction ("Motion"). (ECF No. 13.)

2. On April 18, 20 2019 the parties stipulated and the Court so-ordered an extension of time for Defendants to oppose the Motion until June 19, 2019. (ECF No. 16.)

Page 1

3. The parties hereby respectfully request an extension of the May 20, 2019 deadline to file a Discovery Plan/Scheduling Order until after the Motion is briefed and decided.

4. Good cause exists as the outcome of the Motion will directly impact the necessity of discovery in this case.

5. This is the parties' first request for an extension of time to file a Discovery Plan/Scheduling Order.

6. This request is being made prior to the deadline to file the Discovery Plan/Scheduling Order.

WHEREFORE, Newmont and Imatech respectfully request that the Court enter an order deferring the deadline to file a Discovery Plan/Scheduling Order.

RESPECTFULLY SUBMITTED this 17th day of May, 2019.

| McDONALD CARANO LLP | SANTORO WHITMIRE |
|---|---|
| /s/ Matthew Addison<br>Matthew Addison, Esq. (NSBN 4201)<br>Sylvia Harrison, Esq. (NSBN 4106)<br>Sarah Ferguson, Esq. (NSBN 14515)<br>100 West Liberty Street. 10th Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>maddison@mcdonaldcarano.com<br>sharrison@mcdonaldcarano.com<br>sferguson@mcdonaldcarano.com<br>*Attorneys for Plaintiff* | /s/ James E. Whitmire<br>James E. Whitmire, Esq. (NSBN 6533)<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>Telephone: (702) 948-8771<br>Facsimile: (702) 948-8773<br>jwhitmire@santoronevada.com<br>*Attorneys for Defendant International Materials & Technology PTY Limited dba Imatech* |

IT IS SO ORDERED.

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2019.