Matthew Addison, Esq. (NSBN 4201)
Sylvia Harrison, Esq. (NSBN 4106)
Sarah Ferguson, Esq. (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com
sharrison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **NEWMONT USA LIMITED**, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES,** a foreign Corporation; **INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH**, a foreign Corporation; and **DOES 1 to 10**, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00575-HDM-WGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**(Second Request)** |

COME NOW, Plaintiff Newmont USA Limited, a Delaware Corporation ("Newmont"), and Defendant International Materials & Technology PTY Limit dba Imatech, by and through their undersigned counsel, and hereby stipulate to an extension of time wherein Plaintiff may file an Opposition to Defendant's Motion to Dismiss (ECF No. 13) up to and including Wednesday, July 10, 2019.

///

///

///

///

The extension of time is requested in view of the parties' scheduled mediation on June 28, 2019 and is made in good faith and not for purposes of unfair/undue delay.[1]

RESPECTFULLY SUBMITTED this 17th day of June, 2019.

| McDONALD CARANO LLP | SANTORO WHITMIRE |
|---|---|
| */s/ Matthew Addison* <br> Matthew Addison, Esq. (NSBN 4201) <br> Sylvia Harrison, Esq. (NSBN 4106) <br> Sarah Ferguson, Esq. (NSBN 14515) <br> 100 West Liberty Street. 10th Floor <br> Reno, NV 89501 <br> Telephone: (775) 788-2000 <br> Facsimile: (775) 788-2020 <br> maddison@mcdonaldcarano.com <br> sharrison@mcdonaldcarano.com <br> sferguson@mcdonaldcarano.com <br> *Attorneys for Plaintiff* | */s/ James E. Whitmire* <br> James E. Whitmire, Esq. (NSBN 6533) <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Telephone: (702) 948-8771 <br> Facsimile: (702) 948-8773 <br> jwhitmire@santoronevada.com <br> *Attorneys for Defendant International Materials & Technology PTY Limited dba Imatech* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 18, 2019



---

[1] All defenses continue to be maintained by Defendant, including personal jurisdiction defenses.