JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:    702/948-8771
Facsimile:    702/948-8773

*Attorneys for Defendant International Materials
& Technology Pty Limited dba Imatech*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMONT USA LIMITED, a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES, a foreign Corporation; INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH, a foreign Corporation; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No. 3:18-cv-00575-HDM-WGC<br><br>**ORDER GRANTING STIPULATION AND EXTENDING THE TIME FOR DEFENDANT INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**(First Request)** |

      Plaintiff NEWMONT USA LIMITED ("Plaintiff") and Defendant INTERNATIONAL MATERIALS & TECHNOLOGY PTY LTD dba IMATECH ("Defendant") state the following:

      1.    Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2) was filed on April 5, 2019. (ECF No. 13).

      2.    Plaintiff's Opposition to Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2) was filed on July 10, 2019. (ECF No. 29).

3. Pursuant to Local rule 7-2(b), Defendant has seven (7) days to file a reply to the Response, or until July 17, 2019.

4. Defendant seeks additional time to file a Reply to the Response, and Plaintiff agrees to such extension. The parties agree to extend the date for Defendant to file a Reply to the Response from July 17, 2019 to July 29, 2019.

5. This extension is being sought given the workload of counsel, a recent out of town family trip, for good cause and not for the purposes of delay.

DATED this 15th day of July, 2019.

**IT IS SO AGREED AND STIPULATED:**

| MCDONALD CARANO LLP | SANTORO WHITMIRE |
|---|---|
| */s/ Matthew Addison* <br> MATTHEW ADDISON, ESQ. (NSBN 4201) <br> SYLVIA HARRISON, ESQ. (NSBN 4106) <br> SARAH FERGUSON, ESQ. (NSBN 14515) <br> 100 West Liberty Street, 10th Floor <br> Reno, Nevada 89501 <br> Telephone: (775) 788-2000 <br> maddison@mcdonaldcarano.com <br> sharrison@mcdonaldcarano.com <br> sferguson@mcdonaldcarano.com <br><br> *Attorneys for Plaintiff* | */s/ James E. Whitmire* <br> JAMES E. WHITMIRE, ESQ. <br> Nevada State Bar No. 6533 <br> jwhitmire@santoronevada.com <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Tel: 702-948-8771 <br><br> *Attorney for Defendant International Materials & Technology Pty Limited dba Imatech* |

**IT IS SO ORDERED:**

_____Howard D. McKibben_____
UNITED STATES DISTRICT JUDGE

DATED: July 16, 2019