JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:    702/948-8771
Facsimile:    702/948-8773

*Attorneys for Defendant International Materials*
*& Technology Pty Limited dba Imatech*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWMONT USA LIMITED, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE<sup>TM</sup> TECHNOLOGIES, a foreign Corporation; INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH, a foreign Corporation; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No. 3:18-cv-00575-HDM-WGC<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**(Second Request)** |

Plaintiff NEWMONT USA LIMITED ("Plaintiff") and Defendant INTERNATIONAL MATERIALS & TECHNOLOGY PTY LTD dba IMATECH ("Defendant") state the following:

1.      Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2) was filed on April 5, 2019.  (ECF No. 13).

2.      Plaintiff's Opposition to Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2) was filed on July 10, 2019. (ECF No. 29).

3.      The parties previously agreed to extend the date for Defendant to file a Reply to the Response from July 17, 2019 to July 29, 2019.  The Court approved such extension.

4.      Two additional days are sought to file such Reply, which would extend the current deadline from July 29, 2019 to July 31, 2019.

5.      This extension is being sought for good cause and not for the purposes of undue delay.  Two additional days are sought to complete the Reply with such finalization being complicated by the logistics of the impending weekend, the current deadline falling on a Monday, the client being located in Australia and counsel being located in the United States. Plaintiff is pleased to grant this extension and continue the spirit of professional courtesy and cooperation which has been built between counsel in this matter.

DATED this 26th day of July, 2019.

**IT IS SO AGREED AND STIPULATED:**

MCDONALD CARANO LLP                           SANTORO WHITMIRE


*/s/  Matthew Addison*                                     */s/ James E. Whitmire*
MATTHEW ADDISON, ESQ. (NSBN 4201)       JAMES E. WHITMIRE, ESQ.
SYLVIA HARRISON, ESQ. (NSBN 4106)         Nevada State Bar No. 6533
SARAH FERGUSON, ESQ. (NSBN 14515)        jwhitmire@santoronevada.com
100 West Liberty Street, 10th Floor                 10100 W. Charleston Blvd., Suite 250
Reno, Nevada 89501                                       Las Vegas, NV 89135
Telephone:  (775) 788-2000                            Tel: 702-948-8771
maddison@mcdonaldcarano.com                   *Attorney for Defendant International*
sharrison@mcdonaldcarano.com                     *Materials & Technology Pty Limited dba*
sferguson@mcdonaldcarano.com                    *Imatech*
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  _July 26, 2019_____

- 2 -