# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **NEWMONT USA LIMITED**, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES,** a foreign Corporation; **INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH**, a foreign Corporation; and **DOES 1 to 10**, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00575-HDM-WGC<br><br>ORDER GRANTING STIPULATION AND DIRECTING SUBSTITUTION OF NAMED PLAINTIFF |

This Court, having reviewed the parties' Stipulation for Substitution of Named Plaintiff, hereby orders the substitution of Nevada Gold Mines, LLC for Newmont USA Limited as named Plaintiff in this action. The stipulation of the parties (ECF No. 44) is therefore GRANTED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Henceforth, all filings in this matter shall refer to Plaintiff as "Nevada Gold Mines LLC, a Delaware limited liability company."

It is further ordered that the caption shall be amended to reflect the substitution of Nevada Gold Mines, LLC as the named Plaintiff in this action.

**IT IS SO ORDERED.**

Dated: September 26, 2019

_Howard D. McKibben_
**UNITED STATES DISTRICT JUDGE**