| | |
|---|---|
| 1 | JAMES E. WHITMIRE, ESQ. |
| | Nevada Bar No. 6533 |
| 2 | jwhitmire@santoronevada.com |
| | SANTORO WHITMIRE |
| 3 | 10100 W. Charleston Blvd., Suite 250 |
| | Las Vegas, Nevada 89135 |
| 4 | Telephone: 702/948-8771 |
| | Facsimile: 702/948-8773 |
| 5 | *Attorneys for Defendants Imatech Systems* |
| | *Cyprus PTY Ltd dba Armorpipe<sup>tm</sup> Technologies* |
| 6 | *and International Materials & Technology PTY* |
| | *Limited dba Imatech* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWMONT USA LIMITED, a Delaware Corporation, | Case No. 3:18-cv-00575-HDM-WGC |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH'S ANSWER TO COMPLAINT** |
| v. | |
| IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES, a foreign Corporation; INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH, a foreign Corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | **(First Request)** |

Nevada Gold Mines, LLC ("NGM") a Delaware limited liability company and Defendants Imatech Systems Cyprus PTY Ltd dba Armorpipe<sup>tm</sup> Technologies ("Imatech Cyprus") and International Materials & Technology PTY Limited dba Imatech ("IM&T"), without waiver of any defenses, hereby stipulate as follows:

1. Defendant IM&T's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2) was denied without prejudice on October 1, 2019. (ECF No. 49).

2. Defendant Imatech Cyprus filed an Answer on August 7, 2019 (ECF No. 40).

3. Defendant IM&T's responsive pleading is currently due on October 15, 2019.

4. NGM has indicated that it intends to file a First Amended Complaint.

5. The parties are currently discussing whether formal leave to amend will be needed and potential future service issues. The parties anticipate reaching a decision on these issues within one week or less.

6. So as to facilitate additional discussions regarding amendment issues, the parties stipulate that Defendant IM&T shall have an extension of time to file a responsive pleading to the current Complaint up to an including October 25, 2019. Should leave to file an amended Complaint be granted by stipulation or otherwise, Defendant IM&T's responsive pleading will be due in the ordinary course.

7. This extension is being sought for good cause and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 15th day of October, 2019.

| McDONALD CARANO LLP | SANTORO WHITMIRE |
|---|---|
| */s/ Sarah Ferguson*<br>Matthew Addison, Esq. (NSBN 4201)<br>Sylvia Harrison, Esq. (NSBN 4106)<br>Sarah Ferguson, Esq. (NSBN 14515)<br>100 West Liberty Street. 10th Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>maddison@mcdonaldcarano.com<br>sharrison@mcdonaldcarano.com<br>sferguson@mcdonaldcarano.com<br>*Attorneys for Plaintiff* | */s/ James E. Whitmire*<br>James E. Whitmire, Esq. (NSBN 6533)<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>Telephone: (702) 948-8771<br>Facsimile: (702) 948-8773<br>jwhitmire@santoronevada.com<br>*Attorneys for Defendants Imatech Systems Cyprus PTY Ltd dba Armorpipe$^{tm}$ Technologies and International Materials & Technology PTY Limited dba Imatech* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2019