Matthew Addison, Esq. (NSBN 4201)
Sylvia Harrison, Esq. (NSBN 4106)
Sarah Ferguson, Esq. (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com
sharrison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **NEVADA GOLD MINES LLC**, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES,** a foreign Corporation; **INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH**, a foreign Corporation; and **DOES 1 to 10**, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00575-HDM-WGC<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff, Nevada Gold Mines, LLC ("NGM") a Delaware limited liability company and Defendants Imatech Systems Cyprus PTY Ltd dba Armorpipe™ Technologies ("Imatech Cyprus") and International Materials & Technology PTY Limited dba Imatech ("IM&T"), without waiver of any defenses hereby stipulate as follows:

1. NGM filed its original complaint on December 4, 2018.

2. NGM now seeks to file a First Amended Complaint that includes claims against additional entities Imatech Manufacturing Centre Pty Ltd. and Armorpipe Pty Ltd., as well as additional factual allegations to support its claims.

3. Without waiving any jurisdictional arguments or other defenses and pursuant to

FRCP 15(a)(2), Imatech Cyprus and IM&T consent to NGM filings its First Amended Complaint, a copy of which is attached hereto as **Exhibit 1**.

4. In light of prior rulings in this matter in connection with service of process issues, Counsel for Imatech Cyprus and IM&T recognize that it is highly likely that the Court would ultimately issue an Order for alternative service by e-mail if service through the Hague Convention proved difficult. With the express understanding that all defenses other than service of process are reserved, service of the First Amended Complaint with respect to all Defendants will be effectuated by e-mail to jwhitmire@santoronevada.com.

RESPECTFULLY SUBMITTED this 6th day of November, 2019.

| McDONALD CARANO LLP | SANTORO WHITMIRE |
|---|---|
| /s/ Sarah Ferguson<br>Matthew Addison, Esq. (NSBN 4201)<br>Sylvia Harrison, Esq. (NSBN 4106)<br>Sarah Ferguson, Esq. (NSBN 14515)<br>100 West Liberty Street. 10th Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>maddison@mcdonaldcarano.com<br>sharrison@mcdonaldcarano.com<br>sferguson@mcdonaldcarano.com<br>*Attorneys for Plaintiff* | /s/ James E. Whitmire<br>James E. Whitmire, Esq. (NSBN 6533)<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>Telephone: (702) 948-8771<br>Facsimile: (702) 948-8773<br>jwhitmire@santoronevada.com<br>*Attorneys for Defendants Imatech Systems Cyprus PTY Ltd dba Armorpipe<sup>tm</sup> Technologies and International Materials & Technology PTY Limited dba Imatech* |

IT IS SO ORDERED.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

DATED: November 7, 2019.