Matthew Addison, Esq. (NSBN 4201)
Sylvia Harrison, Esq. (NSBN 4106)
Sarah Ferguson, Esq. (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com
sharrison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **NEVADA GOLD MINES LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES,** a foreign Corporation; **INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH**, a foreign corporation**, IMATECH MANUFACTURING CENTRE PTY LTD** a foreign Corporation; **ARMORPIPE PTY LTD.**, a foreign corporation and **DOES 1 to 10**, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00575-RCJ-WGC |

**STIPULATION AND ORDER REGARDING TAKING INTERNATIONAL DEPOSITIONS AND TO PERMIT FACT WITNESS DISCOVERY BEYOND OCTOBER 12, 2020**

Plaintiff NEVADA GOLD MINES, LLC and Defendants IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES, INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH, IMATECH

/ / /

/ / /

MANUFACTURING CENTRE PTY LTD, and ARMORPIPE PTY LTD,[1] hereby stipulate as follows:

1) Plaintiff wishes to take and has noticed nine (9) depositions of relevant persons and FRCP 30(b)(6) witnesses including Glenn MacGregor, Russell Eggers, Anthony Davis, Philip Holliday, Warwick John Rule, Imatech Materials & Technology Pty Limited, ArmorPipe Technologies, Imatech Systems Cyprus Pty Ltd., and Imatech Manufacturing Centre Pty Ltd. These witnesses reside/are employed outside of the United States.

2) Defendants are also noticing depositions pertaining to persons who reside outside of the United States.

3) The parties agree these witnesses will be produced, via Zoom conference service, or other similar videoconferencing platform, for said depositions and further agree the Court Reporter and Videographer will be present in the United States for said depositions.

4) The parties agree the Court Reporter shall swear in the witnesses on the record and the witnesses' oaths shall have the same force and effect as though administered in person in the United States.

5) The parties agree that exhibits referenced during each deposition shall be shared via Zoom, or other similar videoconferencing platform, either utilizing the chat feature or the share screen. At the conclusion of each deposition, Plaintiff's counsel shall email the Court Reporter all exhibits used.

6) The witnesses, to the extent possible, should have a computer available to receive potential deposition exhibits.

7) As this case has developed, expert witness discovery is commencing during a time period set aside for fact witness discovery and fact witness discovery may be foreseeable in a time period otherwise designated for expert witness discovery. The parties have met and conferred and are working collaboratively together to accommodate witness schedules, attorney schedules and client schedules. Scheduling is particularly difficult given the location of various

---

[1] All jurisdictional objections are preserved by defendants.

witnesses together with COVID-19 complications.  The parties stipulated that October 12, 2020 should not serve as a bright line cut-off for fact witness discovery.  At the present time, the parties do not envision other deadlines being affected by this Stipulation.

8) This Stipulation may be modified by the parties and/or Court Order.  The Stipulation is entered into in good faith, not for purposes of delay, takes into account COVID-19 concerns and is intended to help streamline the discovery process.

**IT IS SO STIPULATED AND AGREED.**

DATED this 8th day of September, 2020.

**McDONALD CARANO LLP**

By: */s/ Sarah Ferguson*
    Matthew Addison, Esq. (NSBN 4201)
    Sylvia Harrison, Esq. (NSBN 4106)
    Sarah Ferguson, Esq. (NSBN 14515)
    100 West Liberty Street, 10th Floor
    Reno, Nevada 89501

*Attorneys for Plaintiffs*

DATED this 8th day of September, 2020.

**SANTORO WHITMIRE**

By: */s/ James E. Whitmire*
    James E. Whitmire, Esq. (NSBN 6533)
    SANTORO WHITMIRE
    10100 W. Charleston Blvd., Suite 250
    Las Vegas, NV  89135

*Attorneys for Defendants*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2020.

4832-7163-8985, v. 1

3