Matthew Addison, Esq. (NSBN 4201)
Sylvia Harrison, Esq. (NSBN 4106)
Sarah Ferguson, Esq. (NSBN 14515)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com
sharrison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **NEVADA GOLD MINES LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES,** a foreign Corporation; **INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH**, a foreign corporation**, IMATECH MANUFACTURING CENTRE PTY LTD** a foreign Corporation; **ARMORPIPE PTY LTD.**, a foreign corporation and **DOES 1 to 10**, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00575-WGC |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff NEVADA GOLD MINES, LLC and Defendants IMATECH SYSTEMS CYPRUS PTY LTD dba ARMORPIPE™ TECHNOLOGIES, INTERNATIONAL MATERIALS & TECHNOLOGY PTY LIMITED dba IMATECH, IMATECH MANUFACTURING CENTRE PTY LTD, and ARMORPIPE PTY LTD, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own attorney's fees and costs.

The parties further stipulate and agree that the dismissal shall not affect the continuing

1  jurisdiction of this Court to enforce the terms of the settlement agreement entered by the parties
2  and dated June 22, 2021, as set forth in that settlement agreement.
3      **IT IS SO STIPULATED AND AGREED.**
4  DATED this 4th day of August, 2021.     DATED this 4th day of August, 2021.

**McDONALD CARANO LLP**     **SANTORO WHITMIRE**

By: */s/ Matthew Addison*     By: */s/ James E. Whitmire*
    Matthew Addison, Esq. (NSBN 4201)     James E. Whitmire, Esq. (NSBN 6533)
    Sylvia Harrison, Esq. (NSBN 4106)     SANTORO WHITMIRE
    Sarah Ferguson, Esq. (NSBN 14515)     10100 W. Charleston Blvd., Suite 250
    MCDONALD CARANO LLP     Las Vegas, NV  89135
    100 West Liberty Street, 10th Floor
    Reno, Nevada 89501     *Attorneys for Defendants*

*Attorneys for Plaintiffs*

**DLA PIPER LLP (US)**

By: */s/ Christopher M. Young*
    Christopher M. Young, Esq.
    401 B. Street, Suite 1700
    San Diego, CA  92101-4297
    christopher.young@dlapiper.com
    (*Admitted Pro Hac Vice*)

WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC

By: */s/ D. Lee Roberts*
    D. Lee Roberts, Esq. (NSBN 8877)
    6385 South Rainbow Blvd., Suite 400
    Las Vegas, NV  89118
    lroberts@wwhgd.com

*Attorneys for Defendants International Materials & Technology Pty Ltd., Imatech Manufacturing Centre Pty Ltd. And Armorpipe Pty Ltd.*

IT IS SO ORDERED.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: August 6, 2021

4836-1935-4868, v. 1

2